FILED
CLERK, U.S. DISTRICT COURT
3/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: MG   DEPUTY

cc: Fiscal

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>BARBARA L. BRUCE, an individual; C.B., a minor, through his general guardian, Teresa W. Bruce; and B.B., a minor, through her general guardian, Teresa W. Bruce,<br><br>            Defendants. | Case No.: 5:19-cv-02096-JGB-SHKx<br><br>**ORDER AND FINAL JUDGMENT** |

On the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by Defendant Barbara Bruce, and Defendants C.B. and B.B., minor children, appearing through their general guardian, Teresa Bruce, the Court finds, adjudges, and orders as follows:

20142828v1

This suit involves a dispute regarding the proceeds of a life insurance policy payable by Primerica Life Insurance Company ("Primerica") insuring the life of Brett Bruce. On November 18, 2019, Primerica deposited $505,987.10 into the registry of the Court. (ECF No. 12). On February 25, 2020, the Court issued an Order (ECF No. 34) granting Primerica interpleader relief and permitting Primerica to recover $5,370.78 in attorney's fees and costs, which funds were subsequently disbursed to Primerica, and it was terminated as party. (ECF No. 36). There remains on deposit with the Court the sum of $500,616.32 (the "Funds"), plus any interest which has accumulated since the date of deposit.

The remaining parties have resolved their dispute and submitted the instant motion evidencing the financial terms of the settlement. The parties further submitted the settlement to the Court for approval because it involves minor children, and the Court has approved of the settlement. Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS ORDERED that from the Funds, Barbara Bruce is entitled to and the Clerk shall disburse to her Three Hundred Thousand Three Hundred Eight Dollars and Sixteen Cents ($300,308.16), plus 50% of any accumulated interest, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Michael Hoover, Interpleader Law, LLC, 5800 One Perkins Place Dr., Ste. 2A, Baton Rouge, LA 70808.

IT IS FURTHER ORDERED that from the Funds, C.B. and B.B., through their guardian, Teresa Bruce, are entitled to and the Clerk shall disburse to them Two Hundred Thousand Three Hundred Eight Dollars and Sixteen Cents ($200,308.16), plus 50% of any accumulated interest, payable to: "Adept Law Firm Trust Account" and mailed to: Joseph Fogel, Adept Law Firm, 16133 Ventura Blvd., Penthouse Suite, Encino, CA 91436-2447.

IT IS FURTHR ORDERED that from the portion of the Funds payable to "Adept Law Firm Trust Account," counsel for C.B. and B.B., through their guardian, Teresa Bruce, may deduct the sum of $23,450 for the reasons set forth in the prior Order. (ECF No. 46). The remainder of the portion of the Funds payable to "Adept Law Firm Trust Account" shall be deposited into separate, interest-bearing accounts for each of the minors, from which withdrawals will be prohibited until each minor turns eighteen years old.

IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice.

Dated: March 3, 2021.

HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT

20142828v1